In the Matter of the Petition of QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondent, to Acquire an Easement and/or Right of Way for the Public Use in, over and across Land Located at Woodmere in the Town of Hempstead, County of Nassau, State of New York, Owned by MEADOW LAWN LINKS DEVELOPMENT COMPANY, INC., Appellant, Having an Office at Woodmere, County of

†Affd., 259 N. Y. 386.

Nassau, State of New York.— Orders of the County Court of Nassau county affirmed, with ten dollars costs and disbursements, with leave to appellant to apply at County Court, if so advised, for permission to interpose an answer upon showing a meritorious defense to the petition. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.